UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PEARL CORPORATION, *et al.*,     )
                                 )
    Plaintiffs,                   )
                                 )
    v.                           )    NO. 3:13-0279
                                 )    Judge Campell/Bryant
RANDALL MAY INTERNATIONAL, INC., )
                                 )
    Defendant.                   )

### **O R D E R**

The undersigned Magistrate Judge conducted a telephone case management conference in this case on May 2, 2013.

Following discussions with counsel during this conference, the undersigned establishes the following deadlines:

Counsel shall confer and file by **May 16, 2013**, a proposed initial case management order. This order shall include a proposed briefing schedule for plaintiffs' motion for preliminary injunction.

The deadline by which plaintiffs shall respond to defendant's pending motion to dismiss or transfer (Docket Entry No. 21) is EXTENDED to **Friday, May 17, 2013**.

The initial case management conference initially noticed for May 20, 2013 (Docket Entry No. 4), is CANCELED.

It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge